# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**                                             **CAUSE NUMBER 4:22CR148**

**JOHN R. COLEMAN**

## ORDER

This cause comes before the Court on the Defendant's motion [14] seeking continuance of the trial set January 30, 2023.  Counsel for Defendant states discovery is incomplete and has been advised that the discovery is extensive and currently in the process of being downloaded electronically on several discs.  Therefore, additional time is needed to obtain and review the discovery with the Defendant.  Counsel for the Government does not oppose this continuance. The Court finds that the ends of justice will be served by granting subject continuance and that such action outweighs the best interests of the public and the defendant in a speedy trial.

It is therefore ORDERED that the above and foregoing trial is hereby continued until Monday, May 8, 2023, and all pre-trial dates are extended accordingly.

It is further ORDERED that the delay from this date until May 8, 2023, shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A).

This the 21st day of December 2022.


 /s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**